Attachment A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FILED

FEB 09 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

Jeffrey Cohen
*Your full name*

v.

UNITED STATES OF AMERICA

**FEDERAL TORTS CLAIM ACT**
**COMPLAINT**

3:24-cv-17

Civil Action No.: 5:23-CV-0344-JPB

*(To be assigned by the Clerk of Court)*

Groh/Trumble/Sims

I.    **JURISDICTION**

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

II.    **PLAINTIFF**

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Your full name: Jeffrey Cohen    Inmate No.: 58021-037
      Address: Po Box 1000 Otisville, NY 10963

III.    **PLACE OF PRESENT CONFINEMENT**

Name of
Prison/Institution: FCI Otisville

A.    Is this where the events concerning your complaint took place?
      ☐ Yes    ☒ No

*United States District Court*    7    *Northern District of West Virginia-2013*

**Attachment A**

If you answered "NO," where did the events occur?

_FCI Hazelton + FCI Gilmer_

## IV.     PREVIOUS LAWSUITS

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?     ☐ Yes     ☒ No     _Transferred from SDNY_

B.     If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.     Parties to this previous lawsuit:

Plaintiff(s): _____
Defendant(s): _____
_____

2.     Court: _____
_(If federal court, name the district; if state court, name the county)_

3.     Case Number: _____

4.     Basic Claim Made/Issues Raised: _____
_____
_____
_____

5.     Name of Judge(s) to whom case was assigned: _____
_____

6.     Disposition: _____
_(For example, was the case dismissed? Appealed? Pending?)_

7.     Approximate date of filing lawsuit: _____

**Attachment A**

8.    Approximate date of disposition. Attach copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☒ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _Form 95 sent to Agency ; denied._ _____
_____
_____

E.    Did you exhaust **ALL** available administrative remedies?
☒ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _Form 95s submitted, see details_ _in attached Memorandum & Exhibits._ _____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:    _N/A   Fees already remitted to SDNY_

Plaintiff(s): _____

Defendant(s): _____

Attachment A

2. Name and location of court and case number: _____
_____
_____

3. Grounds for dismissal:   □ frivolous      □ malicious
□ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A. Did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim, with the appropriate BOP Regional Office?
☒ Yes        □ No

B. If your answer is "YES," answer the questions below:

1. Identify the type of written claim you filed: _Personal Injury_

2. Date your claim was filed: _Sep. 10, 2020 (TRT-MXR-2020-07512); Feb. 24, 2021 (no response); Nov. 9, 2022 (TRT-MXR-2023-03319); Mar. 6, 2023 (no response)_

3. Amount of monetary damages you requested in your claim:
_10,000,000_

4. If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

I. Date of the written acknowledgment: _Sep 2020 ; Nov. 2022_
ii. Claim Number assigned to your claim: _TRT-MXR-2020-07517_
_TRT-MXR-2023-03319_

C. If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim with the appropriate government agencies?   □ Yes        □ No _N/A_

_United States District Court_          10          _Northern District of West Virginia-2013_

**Attachment A**

D.    If your answer is "YES," answer the questions below:

    1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

        _____

        _____

        _____

    2.    Identify the type of written claim(s) you filed: _____

        _____

    3.    Date your claim(s) were filed: _____

    4.    Amount of monetary damages you requested in your claim(s):

        _____

    5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

        I.    Date of the written Acknowledgment: _____

        ii.    Claim Number assigned to your claim: _____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
    ☐ Yes      ☒ No

    1.    If you answered "YES," state the:

        I.    Date you requested reconsideration: _____

        ii.    Date the agency acknowledged receipt of your request for reconsideration: _____

Attachment A

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)*

CLAIM 1: _Ordinary Negligence: Cohen was denied medical treatment for a diagnosed back injury._

Supporting Facts: _Prison physicians were on notice of Cohen's back injury in 2019. The physicians disregarded Cohen's injury and their duty to care for him. See further details in the attached Memorandum._

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_Dr. Emery McCoy - FBoP_
_Dr. Eddie Anderson - FBoP_

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," please explain: _FBoP employees_

CLAIM 2: _Ordinary Negligence: Cohen has been denied medical treatment for dental pain and sleep apnea._

**Attachment A**

Supporting Facts: The BOP was on notice of Cohen's need for dental care and sleep apnea treatment. The BOP failed to provide the care needed do fulfill their duty. See further details in the attached memorandum.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Unknown - HSU Administrator of FBOP

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," please explain: Assuming HSU was a FBOP employee.

CLAIM 4: Ordinary Negligence: Defendant intentionally delayed and misdelivered Special Mail to Cohen on multiple occasions.

Supporting Facts: Defendant was the FCI Gilmer Mailroom Supervisor, but acted outside the scope of his employment. He disregarded regulations of the BOP. See further details in the attached memorandum.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: John Doe - FCI Gilmer Mailroom Supervisor

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☒ No

**Attachment A**

If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 5: *Ordinary Negligence: Defendant failed to forward Special Mail to Cohen that thwarted his ability to litigate.*

Supporting Facts: *Def. violated clear BOP regulations and discarded mail that was directed to Cohen. See further details in the attached Memorandum.*

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
*John Doe - FCI Gilmer Mailroom Supervisor*

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☒ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

CLAIM 6 & 7: *FOIA: Cohen has been aggrieved by the failure of Def. to respond to multiple FOIA requests.*
*Trespass/Conversion: Def. discarded items of value belonging to Cohen.*

Supporting Facts: *As detailed in the attached Memorandum, Cohen submitted multiple FOIA requests, the BOP failed to respond to the requests. Def. discarded Cohen's mail.*

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

John Doe – FCI Gilmer Mailroom Supervisor

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☒ No

If your answer is "YES," please explain: _____

## VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. As detailed in the attached Memorandum, Cohen has incurred personal injuries, has been prejudiced, and damaged due to Defendants' actions/inactions.

## VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*
For Claim Nos. 1, 2, 3, 4, 5, and 7, Cohen requests an award of compensatory damages and any other relief available under law. For Claim No. 6, Cohen asks the Court to enjoin the further delay of providing the information.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Otisville, NY___ on ___1/31/24___.
(Location)                                                                     (Date)

Your Signature